

FILED

JUL 05 2017

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRADLEY M. BABB,<br><br>　　　　　Defendant. | 2:17-PO-5002-JCL<br>CVB VIOLATION NO:<br>FABB005K<br><br><br>JUDGMENT AND<br>SENTENCE |

Defendant appeared before the Court on June 8, 2017, for his arraignment on the above-referenced violation notice charging him with 36 CFR 261.53E ALLOWING CHILDREN TO RIDE ON FOUR-WHEELER WITHOUT HELMET, a Class B misdemeanor. The Court advised Defendant of the charge, his rights relative to that charge, and the possible penalties. He stated he understood, and he entered a plea of guilty to the charge. The Court accepted his plea. Therefore,

**IT IS ORDERED** that Defendant is sentenced to pay $30/$35/$10 ($75.00 total). Defendant shall make his payment on or before July 15, 2017.

Defendant shall send his payment to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure proper credit to his violation notice Defendant's payment shall reference the violation notice number identified above.

Alternatively, Defendant may make his payment through the website at www.cvb.uscourts.gov.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal the sentence imposed by this Judgment within 14 days of its entry. Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant at 3239 Sanders, Butte, MT 59701, and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB shall enter **TE** as the disposition.

DATED this 5th day of July, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

JUDGMENT AND SENTENCE - PAGE 2